FILED - GR
September 15, 2025 3:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 9-15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SCOTT HITCHCOCK,

    Defendant.

_____/

**1:25-cr-131**

**Jane M. Beckering
U.S. District Judge**

**CLASS A
MISDEMEANOR
INFORMATION**

The United States Attorney and the Acting Assistant Attorney General for the Environment and Natural Resources Division charge:

## LEGAL BACKGROUND

At all times relevant to this Information:

1. The Lacey Act, 16 U.S.C. § 3371, et seq., made it unlawful for a person to knowingly transport or sell, in interstate commerce, any fish or wildlife that was taken, possessed, transported, or sold in violation of any law or regulation of any state. 16 U.S.C. § 3372(a)(2).

2. The Endangered Species Act (ESA) designated the species to which its protections applied through published regulations. 50 C.F.R. § 17.11. The ESA makes it unlawful to violate any regulation pertaining to any endangered or threatened species of fish or wildlife. 16 U.S.C. §§ 1538(a)(1)(E), (G). The ESA's implementing regulations provide that it is unlawful to sell or offer for sale in interstate commerce any endangered wildlife. 50 C.F.R. § 17.21(f). It is also unlawful to deliver, receive, carry, transport, or ship in interstate commerce, by any means

whatsoever and in the course of a commercial activity, any endangered wildlife. 50 C.F.R. § 17.21(e). These prohibitions also apply to threatened wildlife. 50 C.F.R. § 17.31(a).

3.  Under the ESA, "threatened species means any species which is likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range." 16 U.S.C. § 1532(20).

4.  The Louisiana pine snake (*Pituophis ruthveni*) and the black pine snake (*Pituophis melanoleucus lodingi*) are both listed as Threatened wherever found under the ESA. 50 C.F.R. § 17.11(h).

## COUNT ONE

(Lacey Act Trafficking)

5.  Paragraphs 1 through 4 of this Information are incorporated herein by reference as if set forth in their entirety.

6.  On or about June 20, 2020, in Van Buren County, within the Southern Division of the Western District of Michigan, and elsewhere,

### SCOTT HITCHCOCK

knowingly transported Louisiana pine and black pine snakes in interstate commerce between Indiana and Michigan, when in the exercise of due care the defendant should have known that such wildlife was sold in violation of and in a manner unlawful under the laws and regulations of the United States, specifically the Endangered Species Act, Title 16, United States Code, Section 1538(a)(1)(G), and did aid and abet others in doing so; all in violation of Title 16, United States Code, Sections 3372(a)(1)

and 3373(d)(2); and Title 18, United States Code, Section 2(a).

50 C.F.R. §§ 17.21(e), 17.31(a)
16 U.S.C. § 1538(a)(1)(G)
16 U.S.C. §§ 3372(a)(1), 3373(d)(2)
18 U.S.C. § 2(a)

September 15, 2025

TIMOTHY VERHEY
United States Attorney

*(signature)*

JONATHAN ROTH
Assistant United States Attorney

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*(signature)*

LAUREN STEELE
Trial Attorney
Environmental Crimes Section